**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIMOTHY SCHNUPP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RADIUS HEALTH, INC., WILLARD H. DERE, CATHERINE FRIEDMAN, JEAN-PIERRE GARNIER, OWEN HUGHES, JENNIFER A. JARRETT, KELLY MARTIN, SEAN MURPHY, MACHELLE SANDERS, SUSAN VISSERS LISA, and ANDREW C. VON ESCHENBACH,<br><br>　　　　　Defendants. | **Case No.: 1:22-cv-06117-JSR**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Timothy Schnupp ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 12, 2022　　　　　　　　**BRODSKY & SMITH**

　　　　　　　　　　　　　　　　By:　*/s/ Evan J. Smith*
　　　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　　　　　Mineola, NY  11501
　　　　　　　　　　　　　　　　　　　Phone:  (516) 741-4977
　　　　　　　　　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*